# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 26, 2017

### NO. 03-16-00749-CR

**The State of Texas, Appellant**

**v.**

**Randall Lee Worrell, Appellee**

---

**APPEAL FROM THE 424TH DISTRICT COURT OF BURNET COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES FIELD AND BOURLAND
REVERSED AND REMANDED—OPINION BY CHIEF JUSTICE ROSE**

---

This is an appeal from the order entered by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's order. Therefore, the Court reverses the district court's order and remands the case for further proceedings consistent with this opinion. Because appellee is indigent and unable to pay costs, no adjudication of costs is made.